Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*



IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD INT'L., INC.,<br><br>   Plaintiff,<br> v.<br>JOHN DOE,<br><br>   Defendant. | Case No. 12 5433<br><br>**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that Quad Int'l., Inc., does not have a parent corporation that owns 10% or more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the undersigned believes there are no known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (other than the parties themselves) that may have personal or affiliated financial interest in the subject matter in controversy, or any other kind of interest that could be substantially affected by the outcome of the proceeding other than the parties.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | PRENDA LAW INC. |
| DATED: October 19, 2012 | |
| By: | /s/ Brett L. Gibbs, Esq. |
| | Brett L. Gibbs, Esq. (SBN 251000)<br>Of Counsel to Prenda Law Inc.<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941<br>blgibbs@wefightpiracy.com<br>*Attorney for Plaintiff* |