Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD INT'L, INC., <br><br> Plaintiff, <br> v. <br><br> JOHN DOE, <br><br> Defendant. | No. 3:12-cv-05433-CRB <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On February 1, 2013, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for February 8, 2013, is continued to **Friday, March 29, 2013, at 8:30 a.m.**

DATED: February 5, 2013

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*